Byron Z. Moldo (SBN 109652)
    bmoldo@ecjlaw.com
Amy S. Russell (SBN 284131)
    arussell@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Jeffrey E. Brandlin,
Permanent Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for Elevate Investments LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN CLEMENTE VILLAS BY THE SEA, LTD., a California limited partnership,<br><br>    Defendant. | Case No.  2:23-cv-10731-JVS-DFM<br>[Related Case No. 8:20-cv-02398-JVS-DFM]<br><br>*Hon. James V. Selna, Courtroom 10C*<br><br>**NOTICE OF SETTLEMENT**<br><br>*Complaint Filed: December 22, 2023* |

*ERVIN COHEN & JESSUP LLP*

1  PLEASE TAKE NOTICE that the parties have reached an agreement to settle

2 the above-referenced case, and are negotiating a formal settlement agreement. Once

3 the parties finalize their agreement, Plaintiff will file a request for dismissal of this

4 entire action.

5  PLEASE TAKE FURTHER NOTICE that Plaintiff requests that the pretrial

6 conference set for June 9, 2025 and the trial set for June 24, 2025 be vacated and

7 taken off-calendar.

8 DATED:  May 29, 2025   ERVIN COHEN & JESSUP LLP

9           Byron Z. Moldo

10          Amy S. Russell

11

12       By:

13          Byron Z. Moldo

14          Attorneys for Plaintiff Jeffrey E. Brandlin,

15          Receiver

16

17

18

19

20

21

22

23

24

25

26

27

28

ERVIN COHEN & JESSUP LLP

11554648.1

2

**ERVIN COHEN & JESSUP LLP**

## <u>CERTIFICATE OF SERVICE</u>

### CENTRAL DISTRICT OF CALIFORNIA

*Brandlin v. San Clemente Villas by the Sea, Ltd.*

*Case No.  2:23-cv-10731-JVS-DFM*

The undersigned certifies that on May 29, 2025, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**NOTICE OF SETTLEMENT**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

By: _____*/s/ Byron Z. Moldo*_____
　　　Byron Z. Moldo